UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLE WILSON BILLINGS,

    Plaintiff(s),                            No. C 07-02720 PJH

    v.                                     **ORDER OF RECUSAL**

CITY OF OAKLAND,

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

    All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

    IT IS SO ORDERED.

Dated: May 23, 2007

                                                     _____
                                                     PHYLLIS J. HAMILTON
                                                     United States District Judge