United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE WILSON BILLINGS, | No.   C-07-2720 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by September 20, 2007 , the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  9/7/2007

_____
MARTIN J. JENKINS
United States District Judge