**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE WILSON BILLINGS, | No.   C-07-2720 MJJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

Plaintiff has failed to file a written response to an Order to Show Cause issued on September 17, 2007. The Court therefore DISMISSES this matter for failure to prosecute.

The Clerk is directed to close the file and terminate any pending motions.

**IT IS SO ORDERED.**

Dated: 10/05/07

MARTIN J. JENKINS
United States District Judge